**Original filed 8/31/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONNY RAY HARDAWAY, | ) | No. C 06-4230 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| SUPERIOR COURT, et al., | ) | |
| Defendants. | ) | |

On July 10, 2006, Plaintiff, proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. On that same day the Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days. Plaintiff has not responded.

\\\

\\\

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Hardaway230disifp         1

1 | Accordingly, the instant case is DISMISSED without prejudice for failure to pay the
2 | filing fee or file a completed in forma pauperis application.  No filing fee is due.  The
3 | Clerk shall terminate any pending motions and close the file.
4 |     IT IS SO ORDERED.
5 | DATED: __8/31/06__    /S/ _____
6 |     JEREMY FOGEL
    United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Hardaway230disifp     2

1  This is to certify that a copy of this ruling was mailed to the following:

2

3  Sonny Ray Hardaway
   P-45579
   Kern Valley State Prison
4  P.O. Box 5102
   Delano, CA  93216

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.06\Hardaway230disifp           3